**Order entered October 30, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01047-CV

### EDDY'S MOTORS, LLC, Appellant

### V.

### SANTANDER CONSUMER USA, INC. D/B/A CHRYSLER CAPITAL, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14698**

## ORDER

On October 24, 2017, we ordered this appeal submitted without the reporter's record as appellant had failed to comply with our directive that it provide written verification of payment of the reporter's fee. By letter filed October 25, 2017, court reporter Thu Bui informs us the fee has been paid, and she requests until November 4, 2017 to file the record. We **GRANT** the request, **VACATE** our October 24th order, and **ORDER** the reporter's record be filed no later than November 4, 2017.

/s/     CRAIG STODDART
        JUSTICE